**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JASON J. LULL,**

***Petitioner*,**

**v.** **Case No.: 4:26cv172-MW/MAF**

**STATE OF FLORIDA,**

***Respondent*.**
_______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion. The Clerk shall **TRANSFER** this case to the United States District Court for the Middle District of Florida, Jacksonville Division, and close the file.

**SO ORDERED on August 10, 2026.**

**s/Mark E. Walker**
**United States District Judge**